PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
Robert J. Feinstein (NY Bar No. 1767805)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         rfeinstein@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com
-and-

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| THE CHARITABLE DAF FUND, L.P., | § |
| | § |
| Plaintiff, | § |
| | § |
| | §   Case No. 3:21-cv-01710-N |
| vs. | § |
| | § |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § |
| | § |
| Defendant. | § |
| | § |

## APPENDIX IN SUPPORT OF HIGHLAND CAPITAL MANAGEMENT, L.P.'S
## MOTION FOR RECONSIDERATION OF STAY ORDER

| Ex. | Description | Appx. # |
|---|---|---|
| 1. | Summary of Dondero and Related Entity Litigation | 1-15 |
| 2. | Summary of Dondero and Related Entities Motions to Continue, Stay, or Abate | 16-19 |
| 3. | *Order (i) Confirming the Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified) and (ii) Granting Related Relief*, Case No. 19-34054-sgj, D.I. 1943 (Bankr. N.D. Tex. Feb. 22, 2021) | 20-181 |
| 4. | *Fifth Amended Plan of Reorganization of Highland Capital Management, L.P. (as Modified)*, Case No. 19-34054-sgj, D.I. 1808 (Bankr. N.D. Tex. Jan. 22, 2021) | 182-248 |
| 5. | James Dondero's *Notice of Appeal*, Case No. 19-34054-sgj, D.I. 1990 (Bankr. N.D. Tex. March 8, 2021) | 249-252 |
| 6. | Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund, and NexPoint Capital, Inc.'s *Notice of Appeal*, Case No. 19-34054-sgj, D.I. 1986 (Bankr. N.D. Tex. March 8, 2021) | 253-260 |
| 7. | Highland Capital Management Fund Advisors, L.P. and NexPoint Advisors, L.P.'s *Notice of Appeal*, Case No. 19-34054-sgj, D.I. 1988 (Bankr. N.D. Tex. March 8, 2021) | 261-264 |
| 8. | The Dugaboy Investment Trust and Get Good Trust's *Notice of Appeal*, Case No. 19-34054-sgj, D.I. 1992 (Bankr. N.D. Tex. March 8, 2021 | 265-273 |
| 9. | *Emergency Motion of the Advisors for Stay Pending Appeal of the Confirmation Order, and Brief in Support Thereof*, Case No. 19-34054-sgj, D.I. 1955 (Bankr. N.D. Tex. Feb. 28, 2021) | 274-308 |
| 10. | *Motion for Stay Pending Appeal of the Court's Order Confirming the Debtor's Fifth Amended Plan*, Case No. 19-34054-sgj, D.I. 1967 (Bankr. N.D. Tex. Mar. 4, 2021) | 309-329 |
| 11. | *Joinder to Motions for Stay Pending Appeal of the Court's Order Confirming the Debtor's Fifth Amended Plan*, Case No. 19-34054-sgj, D.I. 1971 (Bankr. N.D. Tex. Mar. 4, 2021) | 330-375 |
| 12. | *Joinder in Motion for Stay Pending Appeal and Additional Grounds for the Issuance of a Stay Pending Appeal*, Case No. 19-34054-sgj, D.I. 1973 (Bankr. N.D. Tex. Mar. 4, 2021) | 376-381 |
| 13. | *Order Certifying Appeals of the Confirmation Order for Direct Appeal to the United States Court of Appeals for the Fifth Circuit*, Case No. 19-34054-sgj11, D.I. 2034 (Bankr. N.D. Tex. Mar. 16, 2021) | 382-384 |
| 14. | *Order on Motions for Stay Pending Appeal,* Case No. 19-34054-sgj11, D.I. 2084 (Bankr. N.D. Tex. Mar. 22, 2021) | 385-388 |
| 15. | *Supplemental Order on Motions for Stay Pending Appeal,* Case No. 19-34054-sgj11, D.I. 2095 (Bankr. N.D. Tex. Mar. 24, 2021) | 389-393 |
| 16. | *Motion for Stay Pending Appeal*, Case No. 3:21-cv-00550-L, D.I. 5 (N.D. Tex. Apr. 6, 2021) | 394-398 |
| 17. | *Appellants' Motion for Stay Pending Appeal*, Case No. 3:21-cv-00538-N, D.I. 2 (N.D. Tex. Apr. 1, 2021) | 399-403 |
| 18. | Nexpoint Advisors, L.P. and Highland Capital Management Fund Advisors, L.P.'s *Petition for Permission to Appeal (Direct Appeal From* | 404-652 |

| | | |
|---|---|---|
| | *Bankruptcy Court, 28 U.S.C. § 158(d)),* Case No. 21-90011 (5th Cir. March 31, 2021) | |
| 19. | Highland Income Fund, NexPoint Strategic Opportunities Fund, Highland Global Allocation Fund and NexPoint Capital, Inc.'s *Petition for Direct Appeal Under 28 U.S.C. § 158(d)*, Case No. 21-90011 (5th Cir. April 14, 2021) | 653-918 |
| 20. | The Dugaboy Investment Trust and Get Good Trust's *Petition for Direct Appeal Under 28 U.S.C. § 158(d)*, Case No. 21-90011 (5th Cir. April 15, 2021) | 919-935 |
| 21. | James Dondero's *Petition for Direct Appeal Under 28 U.S.C. § 158(d)*, Case No. 21-90011 (5th Cir. April 15, 2021) | 936-953 |
| 22. | *Order*, Case No. 21-90011 (5th Cir. May 4, 2021) | 954-957 |
| 23. | *Order*, Case No. 21-90011 (5th Cir. June 2, 2021) | 958-961 |
| 24. | *Appellants' Motion for Stay Pending Appeal*, Case No. 21-10449 (5th Cir. May 19, 2021) | 962-995 |
| 25. | *Order*, Case No. 21-10449 (5th Cir. June 21, 2021) | 996-998 |
| 26. | *Order*, Case No. 3:21-cv-00550-L, D.I. 28 (N.D. Tex. June 23, 2021) | 999-1002 |
| 27. | *Notice of Occurrence of Effective Date of Confirmed Fifth Amended Plan of Reorganization of Highland Capital Management, L.P.*, Case No. 19-34054-sgj, D.I. 2700 (Bankr. N.D. Tex. Aug. 11, 2021) | 1003-1007 |

Dated:  October 5, 2021.                    **PACHULSKI STANG ZIEHL & JONES LLP**

Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
        ikharasch@pszjlaw.com
        jmorris@pszjlaw.com
        gdemo@pszjlaw.com
        hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 5, 2021, a true and correct copy of the foregoing Appendix was served electronically upon all parties registered to receive electronic notice in this case via the Court's CM/ECF system.

/s/ *Zachery Z. Annable*

Zachery Z. Annable