IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND LP, | § § § § | |
| Plaintiff, | § | Civil Action No. 3:21-CV-1710-N |
| v. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT LP, | § § § § | |
| Defendant. | § § | |

## ORDER OF ADMINSTRATIVE DISMISSAL

This case was referred to the United States Bankruptcy Court on May 19, 2022.

Accordingly, this case is administratively closed without prejudice for statistical purposes.

SIGNED this 6th day of July, 2022.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 1